IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MALIK MUHAMMAD,

        Plaintiff,

  v.

MELINDA HAAG, et al.,

        Defendants.

                                /

No. CV-14-1286 MMC

**JUDGMENT IN A CIVIL CASE**

      **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

      **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

      **IT IS SO ORDERED AND ADJUDGED**

      Plaintiff's complaint is dismissed without leave to amend.

Dated: April 25, 2014

Richard W. Wieking, Clerk

By: Tracy Lucero
Deputy Clerk